IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARL E. SPICER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-07-1387-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations of United States Magistrate Judge Robert E. Bacharach issued pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 18] in its entirety. For the reasons stated therein, the Court enters judgment reversing the decision of the Commissioner and remanding the case for further administrative proceedings, consistent with the Report and Recommendation, to include consideration of the opinions of a treating physician, Dr. Kent Potts, under proper legal standards.

Entered this 25th day of September, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE